

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

SHIREE RUSSELL,
      PETITIONER

vs.

Case No. 11-40117-001

UNITED STATES OF AMERICA,
      RESPONDENT

PETITION FOR RELIEF PURSUANT TO THE
"FIRST STEP ACT OF 2018" (FSA 2018) SECTION 404

    Petitioner, Pro Se, SHIREE RUSSELL, respectfully moves for a reduction in her sentence pursuant to Section 404 of the First Step Act of 2018(henceforth FSA 2018). The FSA 2018 expressly made the Fair Sentencing Act of 2010 retroactively applicable to defendants sentenced before August 3, 2010, and authorizes district courts to reduce a "sentence as if Sections 2 and 3 of the Fair Sentencing Act of 2010(Public Law 111-120; stat 2372) were in effect at the time the covered offense was committed." Accordingly, for the reasoned argument herein, the Court should reduce Petitioner RUSSELL'S sentence on Count 1, to wit: 21 U.S.C. 846 and 21 U.S.C. 841(B)(1)(B), Conspiracy To Distribute and Possess With Intent To Distribute At Least 28 Grams Of Cocaine Base, "Crack". The Court should act on this, because, if sentenced under the FSA of 2018, her statutory minimum and maximum sentences would decrease.

    Petitioner SHIREE RUSSELL requests that this Honorable Court review said petition and set out an ORDER for relief as the Court deems necessary for compliance of the law.

Respectfully Submitted,

*Shiree Russell*

Shiree Russell

## CERTIFICATE OF SERVICE

I, __SHIREE RUSSELL__ being currenlty incarcerated at Federal Correctional Institution, P.O. Box 1731 Waseca, MN 56093, declare under penalties of perjury that the foregoing is true and correct and that I mailed a copy of the foregoing to __U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS__

_____(address)

first-class, postage-prepaid via prison mail on __JULY 1, 2019__ (date).

Dated this __1st__ day of __JULY__, 20__19__.

*Shiree Russell*
Petitioner/Defendant, Pro Se

Shree Russell 17774-026
Federal Correctional Institution
Unit A
P.O. Box 1731
Waseca, MN 56093

17774-026
Us Central Federal Court
100 NE Monroe ST
Peoria, IL 61602
United States